FILED

07 NOV -8 PM 12:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 30 41 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JOE VANG,<br>  aka Khoi Dang Pham, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. David Trung Nguyen, Criminal Case No. 07CR**3040-LAB**.

DATED: November 8, 2007.

KAREN P. HEWITT
United States Attorney

PETER KO
Assistant U.S. Attorney