

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07cr3041-LAB |
| v. ) | |
| JOE VANG ) | |

**PLEASE RECEIPT AND RETURN**

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum (Arraignment)  ( ) Ad Testificandum.

Name of Detainee:  JOE VANG
Detained at (custodian):  Richard J. Donovan Correctional Facility, San Diego, CA

Detainee is:   a.)   (X) charged in this district by: (X) Indictment   ( ) Information   ( ) Complaint

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   ( X ) be retained in <u>federal custody</u> until final disposition of federal charges

RECEIVED 2007 NOV 15 AM 11 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Appearance is necessary on: Thursday, November 29, 2007, @ 10:30 a.m., before Magistrate Judge Anthony J. Battaglia

I hereby attest and certify on 11/15/07
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Signature: _____
Printed Name & Phone No.: PETER KO, (619) 557-6618
Attorney of Record for: United States

### WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/15/07
Date

ANTHONY J. BATTAGLIA
United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Joe Vang | Male | X |
| Booking or Fed. Reg. #: | F03649 | DOB: | 11/1984 |
| Facility Address: | Richard J. Donovan Correctional Facility | Race: | |
| | 480 Alta Road, San Diego, CA 92179 | FBI #: | |
| Facility Phone: | (619) 661-6500 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
                  (Signature)

N:\KPollero\writs\Joe Vang KO state.wpd
Form Crim-48
                  Revised 11/19/97