KAREN P. HEWITT
United States Attorney
PETER KO
California Bar No. 191994
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel.: (619) 557-6618
Fax: (619) 557-3445
Email: peter.ko2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 07CR3041-LAB |
| | ) |
| v. | ) DATE:          Jan. 7, 2008 |
| | ) TIME:          2:00 pm |
| JOE VANG, | ) |
| | ) GOVERNMENT'S RESPONSE AND |
| Defendant | ) OPPOSITION TO VANG'S MOTIONS: |
| | ) |
| | ) 1) TO COMPEL DISCOVERY; AND |
| | ) |
| | ) 2) TO GRANT LEAVE TO FILE FURTHER |
| | ) MOTIONS |
| | ) |
| | ) |

The United States of America, by its counsel, responds as follows to Vang's motions.

Vang moves for discovery. We have complied with, and will continue to comply with, our discovery obligations under Fed. R. Crim. P. 16 and 26.2, the Jencks Act (18 U.S.C. § 3500), and Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. At this time, we are not aware of any specific discovery disputes.

As a legal matter, we oppose Vang's motion to the extent it seeks discovery beyond the boundaries of the authorities above or any other authority. As a practical matter, however, we are aware of the value of open discovery and already have disclosed, and will continue to disclose, more than required by law. In addition, we recognize our obligations under Brady and its progeny take precedence and may at times require us to disclose evidence, documents, or objects not otherwise discoverable.

1    Vang's motion for leave to file further motions should be denied without prejudice to

2   renewing it if or when he identifies the specific motions he seeks to file.  Without knowing the

3   specific motion(s), the court cannot determine if good cause exists for not filing the motion at

4   this time or earlier.  In addition, because Vang has not actually sought to file any additional

5   motions–i.e., because there is no actual controversy about whether the court should allow the

6   filing of a motion–he effectively seeks an advisory opinion, which federal courts are

7   constitutionally prohibited from issuing.  United States v. Conklin, 9 F.3d 1377, 1386 (9th Cir.

8   1993).

9                                                           Respectfully submitted,

10                                                          KAREN P. HEWITT
                                                            United States Attorney

11                                                          s/ Peter Ko

12                                                          _____

13                                                          PETER KO
                                                            Assistant U.S. Attorney
                                                            Attorneys for United States of America

14          DATED: Dec. 31, 2007                            Email: peter.ko2@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5                UNITED STATES DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7

|  | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 07CR3041-LAB |
| | ) |
| v. | ) CERTIFICATE OF SERVICE |
| | ) |
| JOE VANG, | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| ——————————————————— | ) |

13

IT IS HEREBY CERTIFIED THAT:

     I, Peter Ko, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action.  I have caused service of the attached Response and Opposition on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     Debra A. DiIorio (counsel for Vang)

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on Dec. 31, 2007

                         s/Peter Ko

                         ———————————————

                         PETER KO

07CR3041-LAB