UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>**JOE VANG,**  )<br>  )<br>     Defendant.  )<br>_____ ) | Criminal No. 07-CR-3041-LAB<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, say:

    1.    I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

    2.    My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

    3.    I have caused service **of DEFENDANT'S SENTENCING MEMORANDUM** on opposing counsel by electronically filing the foregoing with the Clerk of the District Court using its ECF System;

    I certify under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2008 at San Diego, CA.


                                                            s/ Debra A. DiIorio<br>
                                                            DEBRA A. DIIORIO