# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA )
   v.                    )   Case No. 07cr3041-LAB
JOE VANG                 )
                         )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:
   (X) Ad Prosequendum (Arraignment)        ( ) Ad Testificandum.

**FILED AUG - 1 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

Name of Detainee: JOE VANG
Detained at (custodian): Richard J. Donovan Correctional Facility, San Diego, CA

Detainee is:   a.)   (X) charged in this district by: (X) Indictment  ( ) Information ( ) Complaint
      or       b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
      or        b.)   (X) be retained in <u>federal custody</u> until final disposition of federal charges

Appearance is necessary on: Thursday, November 29, 2007, @ 10:30 a.m., before Magistrate Judge Anthony J. Battaglia

I hereby attest and certify on 11/15/07  Signature: /s/
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal  Printed Name & Phone No.: PETER KO, (619) 557-6618
custody.                                                   Attorney of Record for: United States
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By P. Delatorre                 Deputy

**WRIT OF HABEAS CORPUS**
   (X) Ad Prosequendum                         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/15/07
Date

ANTHONY J. BATTAGLIA
United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):   Joe Vang                                       Male  X
Booking or Fed. Reg. #:   F03649                                         DOB:   11/1984
Facility Address:         Richard J. Donovan Correctional Facility       Race:
                          480 Alta Road, San Diego, CA 92179             FBI #:
Facility Phone:           (619) 661-6500
Currently Incarcerated For: _____

**RETURN OF SERVICE**
Executed on  07/15/08  by  K S Carson                                    /s/ K Carson
                                                                         (Signature)

N:\KPollero\writs\Joe Vang KO state.wpd
Form Crim-48

Revised 11/19/97